UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CHENG CHEN, FAN CHAO ZENG, Individually and on behalf of all other employees similarly situated,
                      *Plaintiffs*,

-against-

LUMIX HIBACHI RESTAURANT INC. d/b/a LUMIX HIBACHI, QI LIN, MEI YU ZHANG, JIAN XIONG CHEN, TOMMY "Doe", John Doe and Jane Doe # 1-10
                      *Defendants*.

ORDER

Civil Action No.:2:15-cv-04128-JS

**STIPULATION RE GENERAL RELEASE OF ALL CLAIMS BY EMPLOYEES PROVISION**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiffs and Defendants in the above captioned action, that the settlement agreement in this matter is modified to replace original paragraph 3. General Release of All Claims by EMPLOYEES with the following paragraph:

"3.    **Releases.**

**a.**    **Plaintiffs' Release.** Plaintiffs, in consideration of the Settlement Payment set forth in Paragraph 1, release and forever discharge Defendants and their respective current, former, and future heirs, executors, administrators, fiduciaries, insurers, agents, attorneys parents, subsidiaries, divisions, affiliates, predecessors, successors and assigns, including LUMIX HIBACHI RESTAURANT, INC. (Defendants and the foregoing other persons and entities are hereinafter defined separately and collectively as "Defendants' Releasees) from all FLSA and New York Labor Law and New York General Business Law claims relating in any way to the Complaint. This release shall not apply to those claims, if any, that cannot be released as a matter of law under controlling legal authorities.

b. **Defendants' Release.** Defendants, on behalf of themselves and Defendants' Releasees, including LUMIX HIBACHI RESTAURANT, INC., in consideration of Plaintiffs' Release as set forth in Paragraph 3a of this Agreement and for the other promises and covenants contained in this Agreement, release and forever discharge Plaintiffs, and their respective current, former, and future heirs, executors, administrators, fiduciaries, insurers, agents, attorneys, successors, and assigns, and all persons acting by, through, under, or in concert with any of them, in their individual or representative capacities (Plaintiffs and the foregoing other persons and entities are hereinafter defined separately and collectively as "Plaintiffs' Releasees"), from all FLSA and New York Labor Law and New York General Business Law claims relating in any way to the Complaint. This release shall not apply to those claims, if any, that cannot be released as a matter of law under controlling legal authorities."

| | |
|---|---|
| **Hang & Associates, PLLC** | **Franklin Gringer & Cohen PC** |
| By: _/s/ Jian Hang_ | By: _/s/ Joshua Marcus_ |
| Jian Hang, Esq. | Joshua Marcus, Esq. |
| 136-18 39th Avenue, Suite 10003 | 666 Old Country Road, Suite 202 |
| Flushing, New York 11354 | Garden City NY 11530 |
| Tel: (718) 353-8588 | Tel (516)228-3131 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| April 13, 2016 | April 13, 2016 |

SO ORDERED.

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: April 25, 2016
Central Islip, NY

Plaintiffs' motion for settlement approval (Docket Entry 17) is GRANTED. The Clerk of the Court is directed to mark this case CLOSED.